

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00766-CV

Jose Cruz **RODRIGUEZ**,
Appellant

v.

Gilbert **RODRIGUEZ** and Nancy Rodriguez,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01318
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

SIGNED February 5, 2020.

_____
Rebeca C. Martinez, Justice